IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALLEN DALE OWENS, 033593,
    Plaintiff,

vs.                                                  Case No.: 5:05cv228/SPM/EMT

STACEY R. LEAVINS,
    Defendant.
_____/

**O R D E R**

        Plaintiff has filed a second amended civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 25). Leave to proceed in forma pauperis has been granted (Doc. 5). Upon review of Plaintiff's allegations, it appears that service of the complaint upon Defendant is appropriate. However, before service may be ordered, Plaintiff must submit one (1) complete and identical copy of his amended complaint. Upon receipt of the copy, the court will direct the United States Marshal's Service to serve Defendant.

        Accordingly, it is **ORDERED**:

        1.    Within **TWENTY (20) DAYS** from the date of docketing of this order, Plaintiff shall submit one (1) identical and complete copy of his second amended complaint (Doc. 25). This case number should be written on the copy.

        2.    Failure to respond to this order as instructed may result in dismissal of this action for failure to comply with an order of the court.

        **DONE AND ORDERED** this 29th day of September 2006.

                                                  /s/ *Elizabeth M. Timothy*
                                                  **ELIZABETH M. TIMOTHY**
                                                  **UNITED STATES MAGISTRATE JUDGE**