IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALLEN DALE OWENS,

    Plaintiff,

vs.                                                      CASE NO.: 5:05cv228-SPM/EMT

STACEY R. LEAVINS,

    Defendant.

_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Magistrate Judge's order, report and recommendation (doc. 46) dated April 17, 2007. Plaintiff was given an extension of time to file an objection, which he did on May 18, 2007 (doc. 53). Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation is correct and should be adopted by the Court.

As explained in the report and recommendation, Plaintiff has not stated a valid claim for relief against Defendant, even if Plaintiff's factual allegations are taken as true. Defendant was not acting under color of state law. Defendant did not violate Plaintiff's first amendment rights. Accordingly, it is

ORDERED AND ADJUDGED:

1.    The Magistrate Judge's report and recommendation (doc. 46) is

adopted and incorporated by reference into this order.

      2.     Defendant's Motion to Dismiss (doc. 37) is granted.

      3.     Plaintiff's complaint is dismissed with prejudice for failure to state a claim for which relief may be granted.

DONE AND ORDERED this 25th day of June, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge